**Order entered May 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00202-CV

**MILLBROOK HEALTHCARE AND REHABILITATION CENTER, Appellant**

**V.**

**SHAUNDRA EDWARDS, ON BEHALF OF
THE ESTATE OF GEORGIA CULLENS, Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-07856-A**

## ORDER

We **GRANT** appellant's May 23, 2014 unopposed motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered by appellant on May 23, 2014 filed as of the date of this order.

/s/  ADA BROWN
    JUSTICE